**Kim BARTON, Plaintiff–Appellant,**

**v.**

**G.E.C., INC., Defendant–Appellee.**

**No. 11–30340.**

United States Court of Appeals, Fifth Circuit.

April 19, 2012.

Jill Leininger Craft, Law Office of Jill L. Craft, L.L.C., Baton Rouge, LA, for Plaintiff–Appellant.

Edward Francis Harold, Esq., Fisher & Phillips L.L.P., New Orleans, LA, for Defendant–Appellee.

Before BARKSDALE, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

Kim Barton appeals the district court's summary judgment on her discrimination and retaliation claims. We have carefully considered the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude Appellant has not demonstrated any error warranting reversal.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

